## STATEMENT OF FACTS

On July 26, 2014, members of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and Task Force Officers of the Metropolitan Police Department saw the defendant, Agustin Argueta, purchase two handguns at the Nations Gun Show in Chantilly, Va. The officers followed the defendant and watched the defendant place the two guns into the trunk of his girlfriend's automobile. The defendant then entered the same automobile and drove into the District of Columbia. The defendant was followed by the law enforcement officers who stopped the automobile on Northbound route 295 in the District of Columbia. The officers removed the defendant from the automobile and recovered a Glock .40 caliber semi-automatic pistol and a Taurus .45 caliber semi-automatic pistol from the trunk of the vehicle. The defendant was placed under arrest after which he admitted that he had purchased the two pistols at the gun show. To the best of the undersigned detective's knowledge, defendant Agustin Argueta, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District Court for Prince George's County, Maryland, Criminal Case No. 0E00450261. Before filing this complaint, the detective reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

_____
DETECTIVE KIRK DELPO
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2014.

_____
U.S. MAGISTRATE JUDGE